NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

QUARTEZ DAVIS,                          )
                                        )
              Appellant,                )
                                        )
v.                                      )          Case No. 2D17-4808
                                        )
STATE OF FLORIDA,                       )
                                        )
              Appellee.                 )
_____ )

Opinion filed May 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.

Quartez Davis, pro se.

PER CURIAM.

              Affirmed.

LaROSE, C.J., and SILBERMAN and MORRIS, JJ., Concur.